No. 261, Misc.   TOWNSEND *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 266, Misc.   WILLIS ET AL. *v.* UTECHT, WARDEN. C. A. 8th Cir.   Certiorari denied.

No. 267, Misc.   MAINELLO *v.* MARTIN, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 268, Misc.   IN RE CASDORF.   Urbana Circuit Court, Urbana, Illinois.   Certiorari denied.

No. 272, Misc.   MURRAY *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 274, Misc.   CHAPMAN *v.* ASHE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 276, Misc.   HASHAGEN *v.* CRANOR, SUPERINTENDENT.   Supreme Court of Washington.   Certiorari denied.

No. 277, Misc.   ENTRICAN *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 278, Misc.   WITTENMEYER *v.* DUFFY, WARDEN, ET AL.   Supreme Court of California.   Certiorari denied.

No. 281, Misc.   CONWAY *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 282, Misc.   MINER *v.* RAGEN, WARDEN.   Supreme Court of Illinois.   Certiorari denied.